IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02139-WDM-BNB

JOSEPH CULPEPPER, and
MEAGAN CULPEPPER by her next friend Joseph Culpepper,

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
THE WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
JUDY GRIEGO in her capacity as Director of Weld County Department of Social Services,
UNKNOWN EMPLOYEES of Weld County Department of Social Services,
JODY RUPPLE,
JODEE RUPPLE, and
CAROLYN OLSON,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Hearing** [docket no. 5, filed February 16, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 26, 2007, is **vacated and reset to May 7, 2007, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 30, 2007**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  February 21, 2007