IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02139-WDM-BNB

JOSEPH CULPEPPER, et al.,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL of CLAIMS AGAINST CAROLYN OLSON ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of all claims against Carolyn Olson in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Carolyn Olson only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 20, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge