IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.  06-cv-02139-WDM-BNB        Date: August 27, 2007
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A-401

JOSEPH CULPEPPER,                             David Pehr
and MEAGAN CULPEPPER,
by her next friend   Joseph Culpepper

       Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONER OF           Thomas Lyons
WELD COUNTY, COLORADO,                        Katherine Pratt
WELD COUNTY, DEPARTMENT OF
SOCIAL SERVICES,
(actually named as The Weld County
Department of Social Services)
JODY RUPPLE,                                  Lorraine Stark
and JODEE RUPPLE,

       Defendants.

## COURTROOM MINUTES

**SCHEDULING and MOTION HEARING**

Court in Session:     8:48 a.m.

Appearances of counsel.

Court's opening remarks.

Discussion regarding the status of the case.

**ORDERED:   Unopposed motion to stay pending immunity determination from the Weld County defendants (filed August 21, 2007; doc. [38] is granted as stated on the record. Plaintiff status report due within 10 days of any ruling that will effect the stay.**

Court in Recess: 8:55 a.m. Hearing concluded.

Total time in Court: 00:07