# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06 - cv - 02139 - WDM - BNB

JOSEPH CULPEPPER and
MEAGAN CULPEPPER by her next friend Joseph Culpepper

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
THE WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
JUDY GRIEGO in her capacity as Director of Weld County Department of Social Services
UNKNOWN EMPLOYEES of Weld County Department of Social Services,
JODY RUPPLE,
JODEE RUPPLE and
CAROLYN OLSON

Defendants.

_____

## ORDER
_____

This matter is before me on the **Unopposed Motion to Stay Pending Immunity Determination From the Weld County Defendants** [Doc. # 38, filed 8/21/2007] (the "Motion"). I heard arguments from counsel concerning the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Discovery is stayed pending a determination of the Weld County defendants' Motion to Dismiss [Doc. # 32].

IT IS FURTHER ORDERED that the plaintiffs shall file a status report within ten days of any ruling determining the issues raised in the Motion to Dismiss.

Dated August 27, 2007.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge