IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02139-WDM-BNB

MEAGAN CULPEPPER by her next friend Joseph Culpepper,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
JUDY GRIEGO in her capacity as Director of Weld County Department of Social Services, and
UNKNOWN EMPLOYEES of Weld County Department of Social Services,

Defendants.
_____

**ORDER**
_____

On August 27, 2007, I granted a stay of discovery "pending a determination of the Weld County defendants' Motion to Dismiss." Order [Doc. # 42]. My order also required the plaintiffs to file a status report within ten days of any ruling determining the issues raised in the Motion to Dismiss. Id. The district judge entered an order on January 14, 2008, addressing the Motion to Dismiss [Doc. # 45], and the sole remaining plaintiff, Meagan Culpepper, filed an Amended Complaint in response to that order. Amended Complaint [Doc. # 46, filed 1/29/2008]. No status report has been received, however.

IT IS ORDERED that on or before **February 15, 2008**, the parties shall file a joint status report addressing the status of the case and, particularly, the propriety of continuing the stay of discovery.

Dated January 31, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge