IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02139-WDM-BNB

MEAGAN CULPEPPER by her next friend Joseph Culpepper,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
JUDY GRIEGO in her capacity as Director of Weld County Department of Social Services, and
UNKNOWN EMPLOYEES of Weld County Department of Social Services,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants The Board of County Commissioners of Weld County, Colorado and Judy Griego's Motion to Compel Discovery Responses from Plaintiff** [Doc. # 75, filed 9/2/2008] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require the plaintiff to fully and completely respond to the defendants' discovery which is the subject of the Motion to Compel on or before **October 20, 2008**; and

DENIED at this time insofar as the defendants seek the imposition of attorney fees or other sanctions.

Dated September 30, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge