IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-02139-WDM-BNB | Date: December 5, 2008 |
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A 401 |

MEAGAN CULPEPPER,      David W. Pehr
by her next friend
Joseph Culpepper,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS      Thomas Lyons
OF WELD COUNTY, COLORADO, and      Katherine Pratt
JUDY GRIEGO
 in her capacity as Director
of Weld County Department of Social Services,

         Defendants.

## COURTROOM MINUTES

**SUPPLEMENT FINAL PRETRIAL CONFERENCE**

Court in Session:     9:52 a.m.

Appearance of counsel.

Court's initial comments.

The proposed Preliminary Pretrial Order was reviewed.

**ORDERED:**    **Final Pretrial Order was approved and filed with the corrections made of record**.

               **Exhibits to be exchanged on or before December 12, 2008.**
               **Objections to be filed on or before January 6, 2009.**

**ORDERED:**    Defendant's Motion to Compel Educational Release from Plaintiff [Docket No. 90, filed 11/07/08] is **DENIED AS MOOT**.

**ORDERED:**    Defendant's Oral Motion for Sanctions is **DENIED.**

Court in Recess: 10:07 a.m.    Hearing concluded.    Total time in Court:    00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.