IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02139-WDM-BNB

MEAGAN CULPEPPER by her next friend Joseph Culpepper,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
JUDY GRIEGO in her capacity as Director of Weld County Department of Social Services, and
UNKNOWN EMPLOYEES of Weld County Department of Social Services,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants The Board of County Commissioners of Weld County, Colorado and Judy Griego's Motion to Compel Educational Release from Plaintiff** [Doc. # 90, filed 11/7/2008] (the "Motion"). I heard argument on the Motion this morning during the final pretrial conference and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED as moot, the requested release having been provided to the defendants.

IT IS FURTHER ORDERED that the request for sanctions contained in the Motion is DENIED.

IT IS FURTHER ORDERED that the hearing on the Motion set for December 10, 2008, at 9:00 a.m., is VACATED.

Dated December 5, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge